Thomas T. Booth, Jr., Esquire
LAW OFFICES OF THOMAS T. BOOTH, JR., LLC
241 Kings Highway East, First Floor
Haddonfield, NJ 08033
Tel:   (856) 354-6060
Fax:  (856) 354-6033
**Attorneys for Plaintiff**

| | |
|---|---|
| MICHAEL JOHNSON, JR., | : SUPERIOR COURT OF NEW JERSEY |
| | : CAMDEN COUNTY |
| Plaintiff, | : |
| | : LAW DIVISION |
| vs. | : |
| | : Civil Action 07cv5822 (RBK) |
| | : |
| AMERICAN SECURITY INSURANCE | : Docket No. L-005045-07 |
| COMPANY, ASSURANT, INC. d/b/a | : |
| ASSURANT SPECIALTY PROPERTY | : **STIPULATION OF DISMISSAL WITH** |
| | : **PREJUDICE** |
| Defendants. | : |

**THIS MATTER** in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed against Defendant with prejudice.

LAW OFFICES OF
LANE M. FERDINAND, PC

By: _____
    Lane M. Ferdinand, Esquire
    Attorney for Defendant

LAW OFFICES OF THOMAS T. BOOTH, JR. LLC

By: _____
    Thomas T. Booth, Jr., Esquire
    Attorney for Plaintiff

Dated:  July 2, 2008

SO ORDERED _____